UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES PATRICK GRIFFITH, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IDREAMSKY TECHNOLOGY LIMITED, MICHAEL XIANGYU CHEN, JUN ZOU, ANFERNEE SONG GUAN, JEFFREY LYNDON KO, STEVEN XIAOYI MA, ERHAI LIU, MINGYAO WANG, DAVID YUAN, CREDIT SUISSE SECURITIES (USA) LLC, J.P. MORGAN SECURITIES LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, and PIPER JAFFRAY & CO.,<br><br>Defendants. | No. 15 Civ. 02944 |

**CORPORATE DISCLOSURE STATEMENT OF**
**CREDIT SUISSE SECURITIES (USA) LLC**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Credit Suisse Securities (USA) LLC, by its undersigned counsel, states as follows:

Credit Suisse Securities (USA) LLC is a wholly-owned subsidiary of Credit Suisse (USA), Inc.  Credit Suisse (USA), Inc. is a wholly-owned subsidiary of Credit Suisse Holdings (USA), Inc.  Credit Suisse Holdings (USA), Inc. is a jointly-owned subsidiary of (1) Credit Suisse AG and (2) Credit Suisse Group AG, Guernsey Branch, which is a branch of Credit Suisse Group AG.  Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland

and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares.

Dated: New York, New York
June 1, 2015

**SIMPSON THACHER & BARTLETT LLP**

By:    /s/  Peter E. Kazanoff

Peter E. Kazanoff
Sarah E. Phillips
425 Lexington Avenue
New York, New York  10017
(212) 455-2000
pkazanoff@stblaw.com
sarah.phillips@stblaw.com
*Attorneys for Defendants J.P. Morgan Securities LLC, Credit Suisse Securities (USA) LLC, Stifel, Nicolaus & Co., Inc., and Piper Jaffray & Co.*